UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re Jones,

    Petitioner.

Case No. 25-cv-01489-EMC

**ORDER OF DISMISSAL**

On February 13, 2025, Petitioner Lamont William Jones sent a letter to the Court, which the Court construed as an effort to open a case. Dkt. No. 1. The same day, the Court notified Jones that the action was deficient because he had not filed a complaint or petition, paid the filing fee, or filed an application for leave to proceed *in forma pauperis* (IFP); the Court instructed him to cure the deficiencies within 28 days. Dkt. Nos. 2, 3. The deadline has long passed and Jones did not file a complaint or petition, pay the filing fee, or file an application to proceed IFP.

Accordingly, the matter is **DISMISSED** without prejudice to Jones filing a motion to reopen the action. Any motion to reopen must be accompanied by a complaint or petition on form, as well as either the filing fee or a complete IFP application. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: May 13, 2025

EDWARD M. CHEN
United States District Judge